004987

Order entered November 16, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01181-CV

**MAYOR MIKE RAWLINGS, ET AL., Appellants**

V.

**TIMOTEO F. GONZALEZ, ET AL., Appellees**

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-09605-J

## ORDER

The Court has before it appellees' November 9, 2012 unopposed motion for extension of time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by December 12, 2012.

MOLLY FRANCIS
JUSTICE